CENTER FOR DISABILITY ACCESS
Russell Handy, Esq. SBN 195058
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
russ@potterhandy.com

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gilbert Salinas,<br><br>　Plaintiff<br><br>v.<br><br>Rite Aid Lease Management Company, a California Corporation; Thrifty Payless, Inc., a California Corporation.<br><br>　Defendant | Case No. CV 10-7499SVW (FMOx)<br><br>[proposed] Judgment |

Pursuant to the terms of Defendants' Rule 68 Offer, it is hereby ordered and adjudged that Defendants Rite Aid Lease Management Company and Thrifty Payless, Inc. shall:

1. Make the store located at 12319 Norwalk Boulevard, Norwalk, California 95828, compliant with the Americans With Disabilities Act Accessibility Guidelines ("ADAAG") and the applicable sections of the California Building Code and Title 24 of the California Administrative Code ("Title 24"), as follows:

     a. Defendants shall modify its disabled access checkout counter so that it is compliant.

     b. Defendants shall modify the point of sale device at its disabled access checkout counter so that it is compliant.

2. Pay Gilbert Salinas the amount of $4,001 as total damages for all causes of action contained in Plaintiff's complaint.

3. Pay Plaintiff his reasonable attorneys' fees and reasonable costs accrued in this action against as may be determined by the Court pursuant to noticed motion.

Dated: 1/11/11

By: *[signature]*
United States District Judge

Presented by:
Russell Handy, Esq.
Attorney for Plaintiff